## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Meghan K. Ronayne, being duly sworn, depose and state the following:

1. I am a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"). I have been employed by HSI since August 2020 and I am currently assigned to the Office of the Special Agent in Charge ("SAC") in Boston, Massachusetts. I am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia, where I received training to become a federal agent. Specifically, I received a certification in the Criminal Investigator Training Program and the HSI Special Agent Training Program. As part of my duties, I am authorized to investigate violations of the laws of the United States, including criminal violations relating to child exploitation, child pornography, coercion and enticement, and transportation of minors, including but not limited to violations of 18 U.S.C. §§ 2422, 2423, 2251, and 2252A. I have conducted and participated in several investigations of violations of those statutes. I have also previously assisted in the execution of numerous federal search warrants in connection with these investigations. I have received training in the investigation of child exploitation offenses, including child pornography, and have reviewed examples of child pornography as defined in 18 U.S.C. § 2256.

2. This affidavit is submitted in support of an application for a criminal complaint charging Larry Stephen ("STEPHEN"), year of birth 1978, of Marlborough, Massachusetts, with violations of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(a)(5)(B) (possession, receipt, and distribution of child pornography).

3. The statements contained in this affidavit are based upon my training and experience, personal observations, review of records, and the information provided by other law enforcement officers familiar with this investigation.

4.  Since this affidavit is being submitted for the limited purpose of establishing probable cause to secure a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the requisite probable cause. Additionally, where conversations and statements are related herein, they are set forth in substance and in pertinent part.

## BACKGROUND

5.  Based on a lead from another HSI office, HSI New England began investigating the user of an internet-based communications application ("Social Media Platform A") for the distribution of child sexual abuse material ("CSAM"). In the course of that investigation, an agent operating undercover as a similar user of Social Media Platform A, observed the account user disseminate videos and images of child pornography in a group on the platform. Based on the investigation summarized in the affidavit submitted in support of the search warrants in this case, which are incorporated by reference and attached here as Sealed Exhibit A (*see* 23-mj-6236-MPK and 23-mj-6242-MPK), STEPHEN was identified as the likely user of the account. I obtained federal warrants to search STEPHEN's person and residence for evidence, fruits and instrumentalities of violations of 18 U.S.C. § 2252A.

## FEDERAL SEARCH WARRANTS AND INTERVIEW OF STEPHEN

6.  At approximately 6:00 am, on June 7, 2023, HSI, together with Marlborough Police, and MBTA Transit Police ("TPD") executed the search warrants. The TPD provided an officer familiar with American Sign Language ("ASL"), as STEPHEN communicates using ASL. STEPHEN was present at the residence at the time of the search. STEPHEN's wife and daughter were also inside the residence at the time of the search warrant execution. STEPHEN had a cell

phone on his person when encountered by agents, which agents seized pursuant to the search warrant. The cell phone is an Apple iPhone 13.

7. During the execution of the search warrants, agents provided STEPHEN with his *Miranda* rights with the assistance of the TPD officer familiar with ASL, and in writing. After STEPHEN acknowledged those rights and signed a waiver of those rights, he agreed to speak with law enforcement. The interview was audio and video recorded and occurred in an office/family room on the ground level of the residence. When asked about his electronic devices, STEPHEN stated that he has one cell phone, a laptop and an iPad. STEPHEN confirmed his cell phone number as xxx-xxx-2631. STEPHEN further provided agents with the passcode to his cell phone and his laptop. STEPHEN stated that he is the only user of his cell phone.

8. When asked about his social media accounts, STEPHEN identified the accounts that he maintained on Facebook, Social Media Platform A, and WhatsApp. The Social Media Platform A account that he identified matched the account that the undercover HSI agent interacted with and observed disseminating child pornography during the investigation.

9. Law enforcement asked STEPHEN if he would provide consent to allow agents to search through his Social Media Platform A and WhatsApp applications on his phone. STEPHEN agreed and provided consent to agents. STEPHEN signed a Consent to Search Cloud-Based/Remote-Storage Accounts form. STEPHEN stated that he did not remember the password to his Social Media Platform A account. He confirmed his user name for Social Media Platform A.[1]

---

[1] Law enforcement knows that STEPHEN has both a Social Media Platform A account "base level" and "pro level." A Pro account utilizes a user's email address, while a base account can use any username the user chooses. Law enforcement was aware of two usernames used by STEPHEN on Social Media Platform A.

3

10.     During the interview, STEPHEN denied consuming child pornography, including trading, distributing, or possessing. STEPHEN stated that he had received child pornography from someone on WhatsApp and Social Media Platform A once in the past. STEPHEN stated that someone added him to the group "Family Taboo" on Social Media Platform A. STEPHEN further stated that he saw other users disseminating child pornography in that group and left the group.

11.     As stated above, the Apple iPhone 13 cell phone that was located on STEPHEN's person was seized and placed on airplane mode to isolate it from an Internet connection. Agents attempted a forensic data extraction of the iPhone 13 on scene, and this attempt was unsuccessful due to the current operating system version that was installed on the device. As a result, a manual review of the device was initiated during the execution of the search warrant at the SUBJECT PREMISES utilizing the passcode that was provided by STEPHEN.

12.     A review of the Social Media Platform A "Base" application showed that the user was a member of numerous rooms, one of which was entitled "gangbang bukkakie[2] and incest." A review of this chat room showed that the last message in the chat was sent by the user "xxxxxxxx3200" on June 5, 2023, at approximately 1:34 am. This message contained a video file entitled "*stop.mp4*." The review of this message also showed that the user believed to be STEPHEN selected a "thumbs up" emoji reaction to this message in the chat room.[3] The file "*stop.mp4*" was reviewed, and it appeared to depict child pornography. This file is described as follows:

---

[2] I am aware that this is a slang term that refers to ejaculation.
[3] According to the Social Media Platform A website, emoji reactions are the ability to react to an individual message with a specific reaction. It is available on all platform versions (base, pro, enterprise). The website states that if a user goes to a room, group, or direct message and someone sends a message, any user can tap on the 3 dots on the message and view a list of emoji reactions. From there, the user can select the emoji and it will appear on the selected message. To check who has reacted to a message, a user can tap the three dots on the message and select "reactions" and it will provide a list of who has reacted to a specific message.

a. This video file is approximately 25 seconds in length, and it initially depicts a nude adult whose buttocks are facing the camera, and the adult appears to be bending over in between the legs of what appears to be a child, based upon the size of the legs and feet. The child's body and face are not visible, and the child's legs are spread apart and up in the air, and the adult appears to be thrusting his or her body repeatedly towards the child. At approximately 21 seconds into the video, the adult removes himself from being on top of the child, and it is apparent the adult is a male with an erect penis. The child's entire body and face are now visible, and her vagina is exposed to the camera. The child is a prepubescent female, who appears to be approximately six to eight years old, based upon the overall size of the body, her child-like facial features, and the lack of pubic hair and breast development. The child appears to be crying.

13. A manual review of the Social Media Platform A "Pro" application was also conducted during the execution of the search warrant. This review showed that the user believed to be STEPHEN was a member of numerous chat rooms, one of which was entitled "Family Taboo." The preliminary review of the "Family Taboo" chat room showed that on June 7, 2023, at approximately 5:51 am, the user believed to be STEPHEN sent a message to the chat room that read "Good morning", and at approximately 5:55 am, the user "xxxxx man" sent a message that read "How we all doing". At approximately 5:57am, the user believed to be STEPHEN sent the message "Need someone else to suck my dick", and the user "xxxxx man" sent the message "dont we all". At approximately 5:58 am, the user believed to be STEPHEN sent the message "lol", and then sent a message a 6:00 am that contained the following image:

a. This image file depicts a nude prepubescent female who appears to be approximately eight to ten years old based upon the overall size of the body, and the lack

5

of pubic hair and breast development. The prepubescent female is observed standing in front of a mirror wearing only a crown, and her vagina is exposed to the camera.

14.   At approximately 8:41 am, agents conducted another interview with STEPHEN. Agents informed STEPHEN that the *Miranda* rights previously executed were still in effect. When agents asked STEPHEN to explain the presence of child sexual abuse material (CSAM) on his phone indicating that he had sent CSAM to the "Family Taboo" group on Social Media Platform A, STEPHEN denied sending anything to the group and stated he could not explain this. Agents showed STEPHEN his cell phone, with Social Media Platform A open, and showed him the CSAM image sent at 06:00 am that same morning. Agents asked STEPHEN to explain this. STEPHEN responded that he did not know, and that it was not him. Agents then scrolled through more of the chat in the room "Family Taboo" on Social Media Platform A, showing STEPHEN the numerous images and videos of CSAM sent by his account. An example of one of the CSAM images shown to STEPHEN during the interview was a file posted on "Family Taboo" by a user believed to be STEPHEN on June 3, 2023, at 4:09 p.m. The file is described as follows:

   a.   It depicts a nude prepubescent female sitting with her legs spread apart in between the legs of a nude adult male. The adult male appears to be laying down, and the prepubescent female is seen leaning against the leg of the adult male. The prepubescent female's vagina is exposed to the camera. The nude prepubescent female appears to be approximately four to six years old based upon the overall size of her body, her child-like facial features, the lack of pubic hair, and the lack of breast development. The adult male is seen with both hands placed on his erect penis, and the prepubescent female's eyes appear to be directed towards the erect penis.

15.     STEPHEN denied sending any of the CSAM and encouraged agents to further investigate this matter. STEPHEN confirmed that he woke up around 05:00 am on the morning of June 7, 2023 and further stated that he was on his phone beginning at approximately 05:30 am, checking his email. STEPHEN denied accessing Social Media Platform A on that day, or sending any CSAM to the "Family Taboo" group.

16.     At the conclusion of the residential search warrant execution, the iPhone 13 was seized for further review. This further manual review of the "Family Taboo" chat room showed that from approximately June 1, 2023, through June 7, 2023, the user believed to be STEPHEN posted approximately 21 images and 13 videos depicting CSAM on "Family Taboo." The following are examples:

    a.    On June 1, 2023, at approximately 11:36 pm, the user believed to be STEPHEN posted a file to the chat room "Family Taboo" that appeared to depict child pornography. This video file is approximately two minutes and 50 seconds in length, and it depicts an adult female who is wearing only underwear and sitting on a toilet in a bathroom. A nude prepubescent female who, based upon her overall body size, lack of breast development and pubic hair, appears to be approximately three to four years old, is observed standing in front of the adult female. The adult female is observed holding an object that resembles an erect penis and appears to direct the child to place the object in her mouth. Later in the video, the adult female appears to direct the child to place that object in her own mouth. At another point in the video, the adult female picks up the child and holds her close to the camera, exposing her vagina. The adult female is observed placing her tongue on the child's vagina. Later in the video, the adult female is observed placing her fingers on the child's vagina and moving them around repeatedly.

      b.      On June 3, 2023, at approximately 11:16 pm, the user believed to be STEPHEN sent a file to the chat room "Family Taboo" that appeared to depict CSAM. This video file is approximately 20 seconds in length, and it depicts an adult female, who is wearing only underwear, sitting on the floor leaning back against a couch. The adult woman is holding a prepubescent male, who appears to be less than one year old based upon the infant's overall body size, and size of the penis, up in the air so that the infant male's penis is at the same height as her face. The adult female is seen placing her mouth on the infant's penis, while intermittently turning towards the camera and smiling.

      c.      On June 4, 2023, at approximately 7:33 AM, the user believed to be STEPHEN sent a file to the chat room "Family Taboo" that appeared to depict CSAM. This video file is approximately one minute and 12 seconds in length, and it depicts a prepubescent female, who appears to be approximately seven to nine years old based upon the overall size of her body, her child-like facial features, and the lack of pubic hair. The prepubescent female is initially observed kneeling on her hands and knees on a bed wearing only a white shirt, and nude from the waist down. A nude adult male is also seen kneeling behind the prepubescent female, and the adult male appears to be inserting his erect penis into the prepubescent female's anus. This action continues in various positions for the duration of the video.

      d.      On June 5, 2023, at approximately 12:06PM EDT, the user believed to be STEPHEN sent the file titled "*stop.mp4*" to the chat room, and this file was reviewed and appears to the same file as described in paragraph 12. It appears STEPHEN received the file titled "*stop.mp4*" on June 5, 2023, at approximately 1:34 am from user xxxxxxxx3200 and then posted the same file on "Family Taboo" at 12:06 pm.

17.     I believe the activity specified in paragraph 16 above occurred in the District of Massachusetts. Although STEPHEN taught at times in the District of Maryland, his classes ended on or about May 15, 2023, and surveillance placed STEPHEN back at his Massachusetts residence on May 22, 2023.

## CONCLUSION

18.     Based on the foregoing, I respectfully submit there is probable cause to believe that:

a.      Between June 1 and June 7, 2023, in the District of Massachusetts, STEPHEN knowingly distributed any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1); and

b.      On or about June 5, 2023, STEPHEN knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(2)(A); and

c.      On or about June 7, 2023, STEPHEN knowingly possessed material that contained one and more images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, and that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using

materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C §§ 2252A(a)(5)(B) and (b)(2).

/s/ Meghan K. Ronayne
_____
Meghan K. Ronayne
Special Agent
Homeland Security Investigations

Sworn telephonically before me in accordance with Fed. Rule Crim. P. 4.1 this 17th day of July, 2023.

_____
HONORABLE M. PAGE KELLEY
UNITED STATES MAGISTRATE JUDGE